# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA,

     VS                                      CASE NO.  3:06mc7/MCR

THOMAS A. WALKER,

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   July 13, 2006
Type of Motion/Pleading: MOTION TO CANCEL SHOW CAUSE HEARING AND TO
DISMISS
Filed by: PETITIONER         on 7/12/06      Document   13
( ) Stipulated/Consented/Joint Pleading
RESPONSES:

                                     on             Doc.#
                                     on             Doc.#

                                    WILLIAM M. McCOOL, CLERK OF COURT

                                    /s/ Teresa Cole
                                    Deputy Clerk: Teresa Cole

## ORDER

    Upon consideration of the foregoing, it is ORDERED this 13th day of
July, 2006, that:
    The requested relief is GRANTED.  Case dismissed.


                             /s/ *M. Casey Rodgers*

                          **M. CASEY RODGERS**
                          **UNITED STATES DISTRICT JUDGE**


Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

                             Document No.